UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

OMNIPLEX COMMUNICATIONS )
GROUP, LLC, )
        Debtor. )
 )
_____ )
 )
GENERAL ELECTRIC CREDIT )
CORPORATION, et al., )
 )
        Appellants, )
 )
    vs. )  No. 4:06-CV-856 CEJ
 )
OCG COMMUNICATIONS, LLC and )
OMNIPLEX SERVICE COMPANY, LLC, )
 )
        Appellees. )

**ORDER**

The undersigned having determined that she should disqualify herself from this proceeding pursuant to 28 U.S.C. § 455(a),

**IT IS HEREBY ORDERED** that this case shall be returned to the Clerk of the Court for reassignment to another District Judge.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com