UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENERAL ELECTRIC CREDIT CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:06CV856 CDP ) |
| OCG COMMUNICATIONS, LLC, f/k/a Omniplex Communications Group, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

I am disqualified from this matter under 28 U.S.C. § 455(b)(4). The basis for this disqualification arose on May 29, 2006, and I learned of it on July 6, 2006. I will therefore direct the Clerk of Court to assign the case randomly to a different Judge. Accordingly,

**IT IS HEREBY ORDERED** that the undersigned United States District Judge is disqualified from handling any matters in this case, and the Clerk of Court shall randomly reassign the case to another judge.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2006.